**FILED**

# UNITED STATES COURT OF APPEALS

MAR 11 2009

## FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOBILE FUNSTER, INC., a Delaware corporation; et al., | No. 09-80033 |
| Petitioners, | D.C. No. 4:08-cv-04389-SBA Northern District of California, Oakland |
| v. | |
| WENDI GUERRERO, individually and on behalf of all other persons similarly situated, | ORDER |
| Respondent. | |

Before:  B. FLETCHER and REINHARDT, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is

denied.

lc/MOATT